NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-1081

AJINOMOTO CO., INC.
and AJINOMOTO HEARTLAND LLC,

Appellants,

v.

INTERNATIONAL TRADE COMMISSION,

Appellee,

and

GLOBAL BIO-CHEM TECHNOLOGY GROUP COMPANY LIMITED,
CHANGCHUN DACHENG BIO-CHEM ENGINEERING DEVELOPMENT CO., LTD.,
CHANGCHUN BAOHCENG BIO-CHEM DEVELOPMENT CO., LTD.,
CHANGCHUN DAHE BIO TECHNOLOGY DEVELOPMENT CO., LTD.,
and BIO-CHEM TECHNOLOGY (HK) LIMITED,

Intervenors.

On appeal from the United States International Trade Commission in
Investigation No. 337-TA-571.

ON MOTION

ORDER

Upon consideration of the motion to extend the due date for the appellee's and

intervenors' briefs to June 22, 2009, and to extend the due date for the appellants' reply

brief to July 20, 2009,

IT IS ORDERED THAT:

The motions are granted.

FOR THE COURT

APR 1 0 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

APR 1 0 2009

JAN HORBALY
CLERK

cc:    Joseph M. Malkin, Esq.
       James A. Worth, Esq.
       Claire Laporte, Esq.

s8